```
Danielle Gueck-Townsend, 263217
Klinger Law Center
3456 Camino Del Rio N, Ste 208
San Diego, CA  92108
T 619-516-1601  F 866-635-1485

Attorney for:  Special Appearance
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Case No.: 09-10260 |
| Todd Christopher Liess | ) STATEMENT OF COMPENSATION FOR<br>) ATTORNEY SPECIALLY APPEARING FOR<br>) ATTORNEY OF RECORD |

I, DANIELLE GUECK-TOWNSEND, declare:

1. On September 29, 2009, I made a special appearance for attorney, Drew Lyman, attorney of record for the above debtor at the continued 341(a) hearing for the above mentioned debtor. I had no involvement in the preparation and filing of the bankruptcy pleadings.

2. I provided no advice to the debtor. No issues arose at the continued 341(a) hearing. If issues had arisen, I would have asked for a continuance so as to allow the debtor to consult with the attorney of record.

3. For my services for this special appearance I charged the attorney of record directly the sum of $75.00. The debtor did not pay any additional funds for my services.

4. I personally met with the debtor before his 341(a) hearing and was in possession of the original file.

I declare under penalty of perjury under the laws of the State of California that the foregoing statement is true and correct.

Dated: October 1, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Danielle Gueck-Townsend
　　　　　　　　　　　　　　　　　　　　　　　　Attorney at law

Statement of Compensation for Special Appearance- 1

In Re: Todd Liess
Case No.  09-10260

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

   That I am, and at all times hereinafter mentioned was, more than 18 years of age.

   That on October 1, 2009, I served a true copy of the **Statement of Compensation for Attorney Specially Appearing for Attorney of Record**, by sealing and depositing in the United States mail at San Diego, California and with postage fully prepaid.

   That I served a copy on the following:

Trustee Wolf
P.O. Box 420448
San Diego, CA 92142-0448

United States Trustee
Department of Justice
402 W. Broadway, Ste 600
San Diego, CA  92101

Drew Lyman
2635 Camino Del Rio S, Ste 201
San Diego, CA  92108

   I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  October 1, 2009

Danielle Gueck-Townsend
3456 Camino Del Rio N, Ste 208
San Diego, CA  92108

Statement of Compensation for Special Appearance- 2